# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division
Civil Division

CAVOUR NDAM

          Plaintiff,

v.

DEUTSCHE LUFTHANSA
AKTIENGESELLSCHAFT, *et al.,*

          Defendants.

Civil Action No.: 1:21-cv-01258

## SIMEONE & MILLER, LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of SIMEONE & MILLER, LLP moves for leave to withdraw their appearance as attorneys for Plaintiff Cavour Ndam, in connection with the above-entitled matter for the following reasons:

1. This case is brought pursuant to Article 33 of the Convention for the Unification of Certain Rules for International Carriage by Air (Montreal, May 28, 1999) (hereinafter the "Montreal Convention") and arises out of an accident on an international flight that occurred on November 24, 2019 in which Plaintiff was injured aboard Lufthansa Airlines Flight LH414.

2. Plaintiff and SIMEONE & MILLER, LLP have irreconcilable differences.

3. Pursuant to the United States District Court for the Eastern District of Virginia Local Rule 83.1 and Rule 1:16 of the Virginia State Bar Rules of Professional Conduct, SIMEONE & MILLER, LLP is seeking to withdraw from this case.

4.  SIMEONE & MILLER, LLP provided Plaintiff with reasonable notice of its intent to withdraw from its representation per Local Rule 83.1.

5.  This withdrawal is also permitted by Rule 1:16 of the Virginia State Bar Rules of Professional Conduct.

6.  Plaintiff's counsel is willing to further elucidate the irreconcilable differences at the bench outside the presence of defense counsel.

7.  Defendant consents to this withdrawal.

WHEREFORE, Plaintiff Cavour Ndam's counsel, SIMEONE & MILLER, LLP respectfully requests that the court withdraw its appearance as counsel for Plaintiff Cavour Ndam.

Dated: July 29, 2022                                          RESPECTFULLY SUBMITTED

**/s/ Michael C. Robinett**
Michael C. Robinett, #91707
1130 Connecticut Ave., NW
Suite 350
Washington, DC 20036
Phone: (202) 628-3050
Fax: (202) 466-1833
mrobinett@simeonemiller.com
*Counsel for Plaintiff*

**Local Rule 7(e) Certification**

I hereby certify that I conferred with opposing counsel in this matter and it was agreed that we would submit this petition without oral argument.

**/s Michael C. Robinett**
Michael C. Robinett

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**
Civil Division

| | |
|---|---|
| CAVOUR NDAM | |
| Plaintiff, | |
| v. | Civil Action No.: 1:21-cv-01258 |
| DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, *et al.,* | |
| Defendants. | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SIMEONE & MILLER, LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

1.  United States District Court for the Eastern District of Virginia Local Rule 83.1
2.  Rule 1:16 of the Virginia State Bar Rules of Professional Conduct
3.  The discretion of this court.

Dated: July 29, 2022                          RESPECTFULLY SUBMITTED

**/s/ Michael C. Robinett**
Michael C. Robinett, #91707
1130 Connecticut Ave., NW
Suite 350
Washington, DC 20036
Phone: (202) 628-3050
Fax: (202) 466-1833
mrobinett@simeonemiller.com
*Counsel for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on July 29, 2022, I caused a true and exact copy of the fore-going to be sent via electronic filing on:

> Johnathan M. Stern
> Schnader Harrison Segal & Lewis LLP
> 1750 K Street, NW
> Suite 1200
> Washington, DC 20006
> (202) 419-4202
> JStern@Schnader.com
> *Counsel for Defendant*

And

I hereby certify that on July 29, 2022, I caused a true and exact copy of the fore-going to be sent via Federal Express and electronic mail to:

> Cavour Ndam
> 2720 S Arlington Mill Drive
> Unit 814
> Arlington, VA 22206
> cavourr@yahoo.fr
> *Plaintiff*

**/s Michael C. Robinett**
Michael C. Robinett