UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**
Civil Division

| | |
|---|---|
| CAVOUR NDAM<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, *et al.,*<br><br>Defendants. | Civil Action No.: 1:21-cv-01258 |

### ORDER

UPON CONSIDERATION of this *Plaintiff's Consent Motion to hold Defendant's Motion To Dismiss the Complaint For Fraud on the Court in abeyance pending resolution of SIMEONE & MILLER, LLP's Motion for Leave to Withdraw as Counsel*, it is this 29th day of July, 2022, by the United States District Court for the Eastern District of Virginia, it is hereby;

**ORDERED**, that *Plaintiff's Consent Motion to hold Defendant's Motion To Dismiss the Complaint For Fraud on the Court in abeyance pending resolution of SIMEONE & MILLER, LLP's Motion for Leave to Withdraw as Counsel* is **GRANTED**, and it is further;

**ORDERED**, that Defendant's Motion to Dismiss the Complaint for Fraud on the Court (Dkt. 12) is held in abeyance pending resolution of SIMEONE & MILLER, LLP's Motion for Leave to Withdraw as Counsel (Dkt. 20).

ENTERED this 29th day of July, 2022.

                                                      /s/
                                    _____
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Copies: (*via efiling)*
Michael C. Robinett
Jonathan Stern