UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAVOUR NDAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:21-cv-1258 (PTG/TCB) |
| DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Simeone & Miller, LLP's Motion for Leave to Withdraw as Counsel (Dkt. 20) is **GRANTED**.

ENTERED this 15th day of August, 2022.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia