IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAVOUR NDAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-01258 (PTG/WEF) |
| ) | |
| DEUTSCHE LUFTHANSA ) | |
| AKTIENGESELLSCHAFT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss for Fraud on the Court ("Motion to Dismiss") (Dkt. 12). For the reasons stated in open court, specifically Plaintiff providing false testimony under oath in his deposition, making misrepresentations in response to interrogatories, and withholding documents in discovery, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (Dkt. 12) is **GRANTED**. It is further

**ORDERED** that this civil action be and is **DISMISSED WITH PREJUDICE.**

To appeal this decision, Plaintiff must file a Notice of Appeal ("NOA") with the Clerk's Office within thirty (30) days of the date of this Order, including in the NOA the date of the Order Plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the appellate court. Failure to file a timely NOA waives the right to appeal this Order.

The Court further advises Plaintiff, as it did in open court, of the following: when individuals provide a sworn statement subject to the penalty of perjury and then answer falsely, it could potentially expose that individual to criminal liability.

Entered this 15th day of September, 2022

/s/
Patricia Tolliver Giles
United States District Judge