complain for my transcript

Expéditeur : cavour ndam (cavourr@yahoo.fr)
À :         cavourr@yahoo.fr
Date :      jeudi 29 septembre 2022 à 12:12 UTC−4

# CAVOUR NDAM,

## To the judge brinkema

**Plaintiff**

**v**

# DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, et al. Defendants.

Case 1:21-cv-01258

complain

to Mrs Rhonda Montgomery report for transcript

My name is Cavour Ndam  Case 1:21-cv-01258 Cavour Ndam I'm writing this letter today to complain to Mrs Rhonda Montgomery report for transcript she don't want to give my transcript she send me the PDF also indicate the payment and my payment was the next day to receive the transcript on the next day six dollars something bad bitch see the attachment for the exhibit I never received my transcript to now The last email she sent me 28/09/2022 yesterday continue to play game with me to ask me the same question already talk to her to send my transcript by email and I asked her how to get the transcript ?she sent me the same question because she wanted the time to go fast I can get my appeal  from now
 I want justice to be done thank you It doesn't matter what happened I still believe the Americas Justice I want justice  to be done

Sign..C.N